97 A.3d 732

**James A. SPRY, Respondent**

**v.**

**Boleslaw PLEWA, Petitioner.**

**No. 60 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 6, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 6th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**